UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-01902-FMC-FMOx | | Date | August 13, 2008 |
|---|---|---|---|---|
| Title | Ningbo Fudi Electric Appliance Co Ltd v. StarUp Group Inc | | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**      ORDER GRANTING MOTION    (In Chambers)

This matter is before the Court on the Motion of Defendant, Counterclaimant, and Third-Party Plaintiff StarUp Group, Inc. ("StarUp") to Extend Discovery Cut-Off (Docket No. 69), filed June 30, 2008.  The Court, having read and considered the moving, opposition and reply documents submitted in connection with this motion, hereby GRANTS the motion for the reasons, on the conditions, and in the manner set forth below.  The Court deems this matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule 7-15.  Accordingly, the hearing set for August 25, 2008 is removed from the Court's calendar.

Federal Rule of Civil Procedure 16(b)(6) permits modification of a scheduling order "upon a showing of good cause and by leave of the district judge."  Here, StarUp's efforts to depose Plaintiff and Counterclaim Defendant Ningbo Fudi Electric Appliance Co., Ltd. ("Fudi") cannot properly be characterized as lacking in diligence; nor has potential prejudice to Fudi been established.  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (quoting Fed. R. Civ. P. 16 advisory committee's notes).

StarUp's Motion is GRANTED, and the discovery cut-off date is extended until September 15, 2008, for StarUp to take the deposition of Fudi.  It is further ordered that the jury trial is continued from October 21, 2008 to January 6, 2009 at 9:00 a.m.  The Order for Jury Trial (Doc. No. 30), as modified by the Order Re Stipulation Regarding Continuance of Jury Trial Date (Docket No. 48), will reflect the new trial date, including the extension of discovery and motions hearing cut-off, and final pre-trial dates as follows:  the Discovery Cut-Off is extended from June 29, 2008, to September 15, 2008; the Law and Motion Filing Deadline is continued from August 25, 2008 to November 10, 2008; and the Pretrial Conference, previously scheduled for September 22, 2008, is now set for December 8, 2008.  The above deadlines apply to all parties.  No further extensions or continuances will be granted.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:07-cv-01902-FMC-FMOx | Date | August 13, 2008 |
|---|---|---|---|
| Title | Ningbo Fudi Electric Appliance Co Ltd v. StarUp Group Inc | | |